Joseph Q Ridgeway, OSB No. 213011
ridgewayj@lanepowell.com
**LANE POWELL PC**
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, Washington 98111-9402
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| ADRIANA PEREZ, an individual, | Case No. 6:21-cv-01075-MK |
| Plaintiff/Counter Defendant, | |
| v. | **STIPULATED JUDGMENT AGAINST DEFENDANT WILLAMETTE VALLEY FARM SERVICES, LLC** |
| WILLAMETTE VALLEY FARM SERVICES, LLC, an Oregon domestic limited liability company; PEDRO TAPIA ASCENCIO, an individual, | |
| Defendants/Counterclaimants. | |

Plaintiff Adriana Perez ("Plaintiff"), and Defendants Willamette Valley Farm Services, LLC ("WVFS") and Pedro Tapia Ascencio (collectively, "Defendants"), have informed the Court that they have resolved this matter to their mutual satisfaction. As part of their resolution, Plaintiff and Defendants, by and through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that judgment be entered against WVFS, only, in favor of Plaintiff in the amount of $15,000.00.

DATED: February 27, 2024

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States Magistrate Judge

PAGE 1 – STIPULATED JUDGMENT AGAINST DEFENDANT
WILLAMETTE VALLEY FARM SERVICES, LLC

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107

IT IS SO STIPULATED:

DATED: Feburary 22, 2024

| NORTHWEST WORKERS' JUSTICE PROJECT | LANE POWELL PC |
|---|---|
| By: */s/ D. Michael Dale* | By: */s/ Joseph Q. Ridgeway* |
| Corinna R. Spencer-Scheurich, OSB No. 130147 | |
| D. Michael Dale, OSB No. 771507 | Joseph Q. Ridgeway, OSB No. 213011 |
| Telephone: 503.525.8454 | Telephone: 206.223.7030 |
| Attorneys for Plaintiff | Attorneys for Defendants |

PAGE 2 – STIPULATED JUDGMENT AGAINST DEFENDANT WILLAMETTE VALLEY FARM SERVICES, LLC

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000  FAX: 206.223.7107